PRESS C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
VICTORIA HILLAIRE,

                              Plaintiff,

    -against-

AMERICAN AIRLINES, INC.

                              Defendant.
-------------------------------------------------------------------X

FILED IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ JUN 17 2009
BROOKLYN OFFICE

DOCKET NO.: 09 2576

NOTICE OF REMOVAL

BLOCK, J.

REYES, M.J

**PLEASE TAKE NOTICE** that defendant, AMERICAN AIRLINES, INC., by and through its attorneys, RUTHERFORD & CHRISTIE, LLP, hereby removes this action to the United States District Court for the Eastern District of New York, pursuant to 28 U.S.C. § 1441 and § 1332.

1. This action was commenced against AMERICAN AIRLINES, INC., in the Supreme Court of the State of New York, County of Queens, by the filing of a Summons and Verified Complaint with the Clerk of the Court on or about March 13, 2009.

2. Upon information and belief and pursuant to the averments in the Summons and Verified Complaint, plaintiff is a permanent resident of the County of Queens, State of New York and, therefore, is domiciled in and citizen of, the State of New York.

3.  At the time of service of the Summons and Verified Complaint, AMERICAN AIRLINES, INC. was and is incorporated under the laws of the State of Delaware, with its principal place of business in Texas and therefore is a citizen of the State of Delaware and of the State of Texas.

4.  Therefore, the action is between citizens of different states as defined by 28 U.S.C. § 1332(a)(1).

5.  The Complaint seeks damages for personal injury due to the alleged negligence of AMERICAN AIRLINES, INC., in excess of the jurisdictional limitations of all lower Courts in the State of New York which would otherwise have jurisdiction and upon information and belief, the matter in dispute exceeds the sum of seventy-five thousand dollars exclusive of interest and costs.

6.  This cause of action is one over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332, in that the amount in controversy upon information and belief, exceeds $75,000 exclusive of interest and costs, and that it is between citizens of different states. By virtue of 28 U.S.C. §1441(a), this cause of action is removable to this Court.

7.  Defendant, AMERICAN AIRLINES, INC., was purportedly served with a copy of the initial pleading setting forth the claim(s) upon which this action is based on or about June 12, 2009.

8. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is filed within 30 days after receipt by the defendant of a copy of the initial pleading.

9. Based upon the facts set forth above, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

10. Pursuant to 28 U.S.C. 1446(a), copies of the Summons and Verified Complaint, which constitute all process, pleadings or orders served or filed by the parties in the Supreme Court of the State of New York, are attached hereto as Exhibit "A" and made a part of this Notice by reference.

11. AMERICAN AIRLINES, INC., will pay all costs and disbursements by reason of this removal proceeding should it be determined that this case is not removable or is improperly removed.

12. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

**WHEREFORE**, and without waiver of any substantial or procedural defenses, AMERICAN AIRLINES, INC., requests that this Court assume jurisdiction over this action and make such further orders herein as may be required to properly determine its controversy.

Dated: New York, New York
       June 17, 2009

                                                Respectfully submitted,

                                          **RUTHERFORD & CHRISTIE, LLP**

                                          By: _____
                                               David S. Rutherford (DR 8564)
                                             Attorneys for Defendant
                                             AMERICAN AIRLINES, INC.
                                             369 Lexington Avenue, 8th Floor
                                             New York, New York 10017
                                             (212) 599-5799
                                             Our File No.: 3748.342

TO:    RUBIN & LICATESI, P.C.
         Attorneys for Plaintiff
         591 Stewart Avenue, Fourth Floor
         Garden City, New York 11530
         (516) 227-2662

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that copies of DEFENDANT'S NOTICE OF REMOVAL, TO THE CLERK OF THE SUPREME COURT, QUEENS COUNTY, NOTICE OF REMOVAL and NOTICE TO ADVERSE PARTY OF FILING OF NOTICE OF REMOVAL were served via regular mail to the firm of RUBIN & LICATESI, P.C., Attorneys for Plaintiff, 591 Stewart Avenue, Fourth Floor, Garden City, New York 11530, on the 17th day of June, 2009.

RUTHERFORD & CHRISTIE, LLP

By: _____
David S. Rutherford (DR 8564)
Attorneys for Defendant
AMERICAN AIRLINES, INC.
369 Lexington Avenue, 8th Floor
New York, New York 10017
(212) 599-5799
Our File No.: 3748.342

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| VICTORIA HILLAIRE, | DOCKET NO.: |
| Plaintiff, | **NOTICE TO ADVERSE PARTY OF FILING OF NOTICE OF REMOVAL** |
| -against- | |
| AMERICAN AIRLINES, INC. | |
| Defendant. | |

------------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that on June 17, 2009, defendant, AMERICAN AIRLINES, INC., duly filed the Notice of Removal in this action in its entirety to the United States District Court for the Eastern District of New York.

A copy of the Notice of Removal with copies of all process, pleadings and orders served on the defendant, AMERICAN AIRLINES, INC., and/or filed in the Supreme Court of the State of New York, County of Queens, are annexed hereto.

Dated: New York, New York
       June 17, 2009

                                    Respectfully submitted,

                                    **RUTHERFORD & CHRISTIE, LLP**

                                    By: _____
                                    David S. Rutherford (DR 8564)
                                    Attorneys for Defendant
                                    AMERICAN AIRLINES, INC.
                                    369 Lexington Avenue, 8th Floor
                                    New York, New York 10017
                                    (212) 599-5799
                                    Our File No.: 3748.342

TO:   RUBIN & LICATESI, P.C.
      Attorneys for Plaintiff
      591 Stewart Avenue, Fourth Floor
      Garden City, New York 11530
      (516) 227-2662

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------X
VICTORIA HILLAIRE,

                                  Plaintiff,

      -against-

AMERICAN AIRLINES, INC.,

                                  Defendant.
-----------------------------------------------------------------X

Index No. 6139/2009

**NOTICE OF REMOVAL TO CLERK OF THE SUPREME COURT, QUEENS COUNTY**

TO:   CLERK OF THE SUPREME COURT OF THE STATE OF NEW YORK,
       COUNTY OF QUEENS
       88-11 Sutphin Boulevard
       Jamaica, New York 11435

**PLEASE TAKE NOTICE** that on June 17, 2009, the defendant, AMERICAN AIRLINES, INC., duly filed a Notice of Removal, a copy of which is annexed hereto, removing this action in its entirety to the United States District Court for the Eastern District of New York.

Dated: New York, New York
          June 17, 2009

                                        Respectfully submitted,

                                        **RUTHERFORD & CHRISTIE, LLP**

                                        By: _____
                                          David S. Rutherford
                                          Attorneys for Defendant
                                          AMERICAN AIRLINES, INC.
                                          369 Lexington Avenue, 8th Floor
                                          New York, New York 10017
                                          (212) 599-5799
                                          Our File No.: 3748.342

TO:  RUBIN & LICATESI, P.C.
     Attorneys for Plaintiff
     591 Stewart Avenue, Fourth Floor
     Garden City, New York 11530
     (516) 227-2662

## AFFIDAVIT OF SERVICE VIA MAIL

STATE OF NEW YORK  }
                                          ss.:
COUNTY OF NEW YORK }

**Malta Gonzalez,** being duly sworn, deposes and says:

Deponent is not a party to the within action, is over 18 years of age and resides in New York County of the State of New York.

That on the 17th day of June ,2009 deponent served the within **NOTICE OF REMOVAL TO THE CLERK OF THE SUPREME COURT, QUEENS COUNTY** upon:

RUBIN & LICATESI, P.C.
Attorneys for Plaintiff
591 Stewart Avenue, Fourth Floor
Garden City, New York 11530
(516) 227-2662

attorneys for the plaintiffs in this action, at the address designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Malta Gonzalez

Sworn to before me on this
17th day of June, 2009

_____
NOTARY PUBLIC

JON E. NEWMAN
Notary Public, State of ...
No. 02NE6076971
Qualified in Nassau County
Commission Expires 7/1/2010

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
----------------------------------------X
VICTORIA HILLAIRE

              Plaintiff,

-against-

AMERICAN AIRLINES, INC.,

              Defendant.
----------------------------------------X

INDEX: 6139-09
DATE FILED 3-13-09

SUMMONS

Plaintiff designates Queens
County as the place of trial

The basis of venue:
Plaintiff's Residence
at 109-31 Francis Lewis Blvd.
Queens Village, NY 11429

TO THE ABOVE NAMED DEFENDANTS:

    YOU ARE HEREBY SUMMONED to answer the verified complaint in this action and to serve a copy of your answer, or, if the verified complaint is not served with this summons, to serve a notice of appearance on the plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete, if this summons is not personally delivered to you within the State of New York), and in the case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Garden City, New York
       March 6, 2009

                                  Jason S. Firestein, Esq.
                                  RUBIN & LICATESI, P.C.
                                  Attorneys for Plaintiff
                                  591 Stewart Avenue, Fourth Floor
                                  Garden City, New York 11530
                                  (516) 227-2662

Defendant's Address:

AMERICAN AIRLINES, INC.
4333 AMON CARTER BLVD
MD5675
FORT WORTH, TEXAS, 76155

*SERVE VIA SECRETARY OF STATE*

PLEASE PROMPTLY FORWARD THIS DOCUMENT TO YOUR INSURANCE COMPANY

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
---------------------------------------------------------X         INDEX: 6139-09
VICTORIA HILLAIRE,

        Plaintiff,

-against-                                                          VERIFIED COMPLAINT

AMERICAN AIRLINES, INC.,

        Defendant.
---------------------------------------------------------X

    Plaintiff, VICTORIA HILLAIRE, through her attorneys, RUBIN & LICATESI, P.C., complaining of the defendants herein, respectfully alleges upon information and belief as follows:

1. That at all times hereinafter mentioned, the plaintiff, VICTORIA HILLAIRE, was and still is a resident of the County of Nassau, State of New York.

2. That at all times hereinafter mentioned the defendant, AMERICAN AIRLINES, INC. was and still is a foreign corporation authorized to do business in the State of New York.

3. That at all times hereinafter mentioned the defendant, AMERICAN AIRLINES, INC., had planes which operated out of JFK International Airport, and AMERICAN AIRLINES, INC. provided, among other things, air transportation services.

4. That at all times hereinafter mentioned the defendant, AMERICAN AIRLINES, INC. would periodically utilize the services of LSG Sky Chefs to supply its planes with food and beverages for its flights.

5. That at all times hereinafter mentioned the defendant, AMERICAN AIRLINES, INC., in utilizing the services of LSG Sky Chefs, employees of LSG Sky Chefs would bring scissor lifts to the planes in order to transport the food and beverages on and off the planes being serviced; employees of LSG Sky Chefs would raise the scissor lifts to the plane's entrance and bring carts of food and beverages on and off the planes.

6. That at all times hereinafter mentioned the defendant, AMERICAN AIRLINES, INC., was responsible for making sure that its planes were properly stationed and secured when being serviced as described above by LSG Sky Chefs.

7. That at all times hereinafter mentioned the defendant, AMERICAN AIRLINES, INC., its employees, agents and servants, had a duty to ensure that it was obeying applicable federal, state, and local regulations, with respect to the operation of its planes at JFK Airport, and that it was generally responsible to make sure that it was safely operating its equipment at all times, to prevent injury and property damage to its equipment, employees, and others.

8. That on September 26, 2007, the plaintiff, VICTORIA HILLAIRE, was working for LSG Sky Chefs and servicing a 777 aircraft owned, operated, maintained and controlled by the Defendant AMERICAN AIRLINES, INC., as part of her job duties.

9. That on September 26, 2007, the plaintiff, VICTORIA HILLAIRE, was working for LSG Sky Chefs and servicing a 777 aircraft owned, operated, maintained and controlled by the Defendant AMERICAN AIRLINES, INC., and while inside the scissor lift, that aircraft was moved or caused to be moved by AMERICAN AIRLINES, INC., its agents, servants, employees and/or permissive users.

10. That on September 26, 2007, Defendant AMERICAN AIRLINES, INC., became aware of the incident described above as the incident not only caused personal injuries to the plaintiff VICTORIA HILLAIRE, but also damaged the equipment of LSG Sky Chefs in the process.

11. That on September 26, 2007, the defendant, its agents, servants, employees and/or permissive users, negligently and carelessly owned, operated, maintained, controlled, secured, restrained its aircraft and in so doing caused, created and allowed a dangerous and defective condition to exist, and caused a dangerous condition to exist with respect to its plane and the scissor lift, and failed to properly warn or notify plaintiff prior to moving the plane and in so doing, their acts and omissions caused and permitted a dangerous condition to exist.

12. That on September 26, 2007, the defendant, its agents, servants, employees and/or permissive users, were negligent and careless in failing to provide a safe place for plaintiff to work based upon the aforementioned conduct.

13. Upon the information and belief at the time and place of the defendant, its agents, servants, employees and/or permissive users had actual knowledge and notice of the dangerous condition and that is caused and created the dangerous condition and/or that the condition had existed for a sufficient length of time prior to the occurrence of the accident that the defendant herein could and should have had knowledge and notice of such conditions.

14. That the plaintiff did not cause or contribute to the accident.

15. That the accident and resultant injuries to the plaintiff were caused by the defendant

16. That as a result of the negligence of the aforementioned defendant, the plaintiff, VICTORIA HILLAIRE, was caused to sustain serious bodily injuries which were accompanied with pain, bruising, rendering her disabled, sore, lame and sick. The plaintiff has been informed and verily believes that she will continue to suffer therefrom for an indefinite time in the future, and that the injuries are permanent in nature.

17. That by reason of the negligence of the defendant, and as a result of the injuries sustained by the plaintiff, VICTORIA HILLAIRE has been damaged in a sum which exceeds the jurisdictional limits of all inferior courts.

WHEREFORE, on the basis of the foregoing, the plaintiff demands damages as against the defendant in a sum which exceeds the jurisdictional limits of all inferior courts, and the court may grant any type of relief within its jurisdiction appropriate to the proof whether or not demanded, imposing such terms as may be just; together with costs and disbursements of this action.

Dated: Garden City, New York
       March 6, 2009

By: Jason S. Firestein, Esq.
RUBIN & LICATESI, ESQ.
Attorney for Plaintiff
VICTORIA HILLAIRE
591 Stewart Avenue - Fourth Floor
Garden City, New York 11530
(516) 227-2662

## ATTORNEY'S VERIFICATION

JASON S. FIRESTEIN, ESQ., deposes and says:

I am an attorney admitted to practice in the courts of the State of New York. I am associated with the firm of Rubin & Licatesi, P. C., attorneys for the within Plaintiff.

I have read the annexed Complaint and know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters, I believe them to be true. My belief as to those matters herein not stated upon knowledge is based upon statements of fact, office records and my general investigation into the facts of this case.

The reason I make this verification instead of Plaintiff is because Plaintiff does not reside in the county wherein I maintain my offices.

Dated: Garden City, New York
       March 6, 2009

                                                          JASON S. FIRESTEIN

[illegible] SUMMONS & VERIFIED COMPLAINT [illegible]

Index No.:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

-------------------------------------------------------------X

VICTORIA HILLAIRE,

Plaintiff(s),

- against -

AMERICAN AIRLINES, INC.,

Defendant(s).

-------------------------------------------------------------X

# SUMMONS & VERIFIED COMPLAINT

RUBIN & LICATESI, P.C.
Attorneys for Plaintiffs
Office & Post Office Address, Telephone
591 Stewart Avenue, 4th Floor
Garden City, New York 11530
(516) 227-2662

To
Attorney(s) for
Service of a copy of the within is hereby admitted.

Dated: Garden City, New York
Attorney(s) for ......................

Sir: Please take notice

*Notice of Entry*

that the within is a (certified) true copy of
duly entered in the office of the clerk of the within named court on 19

*Notice of Settlement*

that an order of which the within is a true copy will be presented for
settlement to the HON. one of the judges
of the within named Court, at
on the day of 20 at M.
Dated,

Check $210.00
Total: $210.00
6139/2009 HILLAIRE,VICTORIA vs. A
Other
[illegible] $210.00

[illegible] 03/17/2009 9:44a
Queens County Clerk's Office

06/16/2009 09:26 FAX

20090608D 574

20090608D

263





DEPARTMENT OF STATE
UNIFORM COMMERCIAL CODE
ALBANY, NY 12231-0001

US POSTAGE
$06.150
06/09/2009
Mailed From 12231